**Isaiah HICKS, Petitioner–Appellant**

v.

**Nathaniel QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

No. 07–20055
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 30, 2008.

Isaiah Hicks, Texas Department of Criminal Justice Institutional, Rosharon, TX, pro se.

Before JOLLY, CLEMENT, and HAYNES, Circuit Judges.

PER CURIAM: *

Isaiah Hicks, Texas prisoner # 1087433, appeals the dismissal as time barred of his 28 U.S.C. § 2254 petition challenging his aggravated robbery conviction. Hicks was granted a certificate of appealability on the issue "whether the limitations period should have been equitably tolled because [he] did not receive notice of the denial of his state habeas application." *Hicks v. Quarterman,* No. 07–20055 (5th Cir. Oct.30, 2007) (unpublished). Hicks, however, has failed to brief that issue and has therefore waived its review. *See Hughes*

*v. Johnson,* 191 F.3d 607, 613 (5th Cir. 1999).

AFFIRMED.

---

* Pursuant to 5ᴛʜ Cɪʀ. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᴛʜ Cɪʀ. R. 47.5.4.